# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **ORDER ADOPTING REPORT** |
| | ) **AND RECOMMENDATION** |
| vs. | ) |
| Christopher Alan Lancaster, | ) |
| | ) Case No. 2:11-cr-071 |
| Defendant. | ) |

Before the Court is a Report and Recommendation submitted by Magistrate Judge Alice R. Senechal on December 8, 2017. See Docket No. 66. A hearing on a petition to revoke supervised release was held in the above-entitled matter on December 4, 2017. See Docket No. 65. At the hearing, the Defendant admitted to the violations contained in the petition. Judge Senechal recommends that this Court find the Defendant in violation of his supervised release; order the Defendant to attend a residential treatment program; and continue the Defendant's term of supervised release through its schedule completion date. See Docket No. 66. The parties were given until December 18, 2017, to file objections to the Report and Recommendation. On December 11, 2017, Defense counsel filed notice urging the Court to adopt the Report and Recommendation. See Docket No. 67. No response was filed by the Government.

The Court has reviewed the Report and Recommendation and the record as a whole and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 66) in its entirety. The Court finds that Christopher Alan Lancaster violated the conditions of his supervised release as charged in the amended petition (Docket No. 58). The Court **ORDERS** that:

(1) the Defendant make arrangement for and complete a residential treatment program as Lake Region Human Services Center (LRHSC) recommended, with the specific program to be approved by the supervising probation officer;

(2) upon approval by the supervising probation officer of a suitable program, Defendant's counsel is directed to file a motion seeking the Defendant's release to the treatment program; and

(3) the Defendant's term of supervised release continue until its scheduled completion date.

**IT IS SO ORDERED.**

Dated this 19th day of December, 2017.

> <u>*/s/ Daniel L. Hovland*</u>
> Daniel L. Hovland, District Judge
> United States District Court